## Case No. 5,028.

### FRANCE v. WASHINGTON.

[5 Cranch, C. C. 667.] [1]

Circuit Court, District of Columbia. March Term, 1840.

Brent & Brent, for appellant,

But THE COURT nem. con. overruled the objections, and affirmed the judgment, with costs.